# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 08355 |
| Catherine Harris, ) | HON. A. Benjamin Goldgar |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on September 18, 2018, at 9:30 a.m. I shall appear before the Honorable A. Benjamin Goldgar in Courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that she transmitted a copy of this notice and the attached motion to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on August 27, 2018.

/s/ *Angelica Harb*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-08355<br>Northern District of Illinois<br>Chicago<br>Mon Aug 27 14:19:13 CDT 2018 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 |
| Advocate Health Care<br>PO Box 48458<br>Oak Park, MI 48237-6058 | CB/TORRID<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | CHICAGO AVE GARAGE FCU<br>4909 W Division St Suite 403<br>Chicago, IL 60651-3161 |
| CONVERGENT OUTSOURCING<br>800 SW 39TH ST<br>RENTON, WA 98057-4975 | Capital One<br>10 S LaSalle suite 2000<br>c/o Blatt, Hasenmiller<br>Chicago, IL 60603-1074 | Cash Net USA<br>200 W Jackson Blvd<br>Fl 14<br>Chicago, IL 60606-6929 |
| CashNetUSA<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604-2863 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago, IL 60604-3517 | City of Chicago Parking<br>121 N. LaSalle St # 107A<br>Chicago, IL 60602-1232 |
| Comcast<br>p.o. box 196<br>Newark, NJ 07101-0196 | FST PREMIER<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107-0145 | IRS 1<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Northshore Evanston Hospital<br>2650 Ridge Ave<br>Evanston, IL 60201-1797 | Northwestern Memorial Hospital<br>251 East Huron Street<br>Chicago, IL 60611-3055 | (p)OPPORTUNITY LOANS<br>130 E RANDOLPH ST<br>SUITE 1650<br>CHICAGO IL 60601-6241 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Planet Fitness<br>240 E Illinois<br>Chicago, IL 60611-5063 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC; Assignee<br>PO Box 7999<br>Saint Cloud MN 56302-7999 |
| Providence Hospital<br>PO Box 418822<br>Boston, MA 02241-8822 | Smile Dentist<br>1350 W. Belmont<br>Chicago, IL 60657-3245 | Speedy Cash<br>P.O. Box 780408<br>Wichita, KS 67278-0408 |
| Speedy Cash<br>Po Box 782648<br>Wichita, KS 67278-2648 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Amy L Gerstein<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 |
| Catherine Harris<br>14125 S. Tracy, Apt 3A<br>Riverdale, IL 60827-2486 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AMERICOLLECT INC
PO BOX 1566
MANITOWOC, WI 54221

OPPITY FIN
11 E Adams # 501
Chicago, IL 60603

PORTFOLIO RC
120 Corporate Boulevard
Norfolk, VA 23502

TMobile
P.O. Box 742596
Cincinnati, OH 45274

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 08355 |
| Catherine Harris, ) | HON. A. Benjamin Goldgar |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Catherine Harris, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby move this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtor states the following:

1. On March 16, 2017, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On June 20, 2017, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $400.00 monthly for 36 months.

5. Debtor received $3,963.00 upon filing the federal 2017 taxes.

6. In mid-December 2017, Debtor was injured at work. Debtor received treatment through March 2018.

7. Debtor used her refund to make up for the unpaid time off work to keep up with her regular ongoing household expenses.

8. Debtor respectfully requests this Honorable Court to waive the 2017 tax refunds in the amount of $3,963.00.

9. Debtor is in a position to proceed with the instant case.

10. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order waiving the 2017 tax refunds in the amount of $3,963.00; and

B. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Angelica Harb*
*Attorney for Debtor*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625